Cite as 2023 Ark. 118
# SUPREME COURT OF ARKANSAS

IN THE MATTER OF THE OFFICE OF ETHICS COUNSEL

Opinion Delivered: July 14, 2023

## PER CURIAM

The Arkansas Supreme Court's separate Bar of Arkansas financial account is funded solely by annual law license fees paid by Arkansas attorneys. These funds are used solely to support various court programs, including the Office of Ethics Counsel (OEC).

Budgetary constraints within the Bar of Arkansas account have necessitated decisions regarding court programs. Consequently, effective August 1, 2023, the OEC will no longer be funded. The office will be closed on that date, and the court will no longer employ an Ethics Counsel.

The archived files of the OEC will be maintained by the clerk of this court as confidential under OEC Rule 11.B, and the files will be destroyed as provided therein or under other orders that may be issued by the court. The OEC website on the Arkansas Judiciary website will be deactivated at the time the office is closed.

The court expresses its appreciation to Ethics Counsel Stark Ligon.